

# ANNIE REBECCA ELLIOTT
### DISTRICT CLERK

**MAILING**
301 Jackson Street
Richmond, Texas 77469
Telephone: (281) 341-4502
http://www.fortbendcountytx.gov
Departments – District Clerk

**PHYSICAL**
1422 Eugene Heimann Circle
Richmond, Texas 77469
Fax: (281)-341-4519

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/18/2015 8:53:11 AM
CHRISTOPHER A. PRINE
Clerk

**February 18, 2015**

To: The Clerk of the Court of Appeals for the **First Court of Appeals** Supreme Judicial District (Civil Appeal)

Trial Court No: **09-DCV-171891**   From the **240th Judicial District Court** Fort Bend County, Texas

Judge Presiding: **Thomas R Culver III**   Court Reporter: **Elizabeth Wittu**

| Appellant(s): | VS | Appellee(s): |
|---|---|---|
| **Halima M Mamo A/K/A Ohalima M. Mamo** | | **First Colony Community Association, Inc.** |

| _Attorney for Appellant(s)_ | _Attorney For Appellee(s)_ |
|---|---|
| **Barney L Stagner, Jr** | **Karen A. Maxwell** |
| SBN: 24033096 | SBN: 24055922 |
| Stagner Law Firm | Roberts Markel Weinberg Butler Hailey PC |
| 2019 Stebbins | 2800 Post Oak Blvd  Suite 5777 |
| Houston TX  77043 | Houston TX  77056 |
| Telephone: 713-898-4610 | Telephone: 713-780-4135 |
| Facsimile: | Facsimile:   713-780-9404 |
| E-mail: stagnerlaw@comcast.net | E-mail:  kmaxwell@rmwbhlaw.com |
| Attorney for:    Halima M Mamo, Appellant | Attorney for:    First Colony Community Association, Inc., Appellee |

Date of Judgment/Appealable Order**:   01/14/2015**   Nature of Action: **Contract - Consumer/commercial/debt**

Disposition of Case: **Disposed**   Jury Trial: **No**

Notice of Appeal Filed On: **February 16, 2015**

Signed **on this the 18th day of February, 2015**.

**ANNIE REBECCA ELLIOTT
FORT BEND COUNTY DISTRICT CLERK
301 JACKSON, RICHMOND, TEXAS 77469**

By:   /s/ Petra Lozano
Deputy District Clerk Petra Lozano
Telephone: 281-341-4502

Electronically Filed with the First Court of Appeals

cc:   Barney L Stagner, Jr, Attorney at Law
Karen A. Maxwell, Attorney at Law
Elizabeth Wittu, Court Reporter

Filed
2/16/2015 4:45:53 PM
Annie Rebecca Elliott
District Clerk
Fort Bend County, Texas
Lisa Tucker

CAUSE NO. 09-DCV-171891

| | | |
|---|---|---|
| FIRST COLONY COMMUNITY ASSOCIATION, INC. | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff | § | |
| v. | § | FT. BEND COUNTY, T E X A S |
| | § | |
| HALIMA M. MAMO,A/K/A | § | |
| OHALIMA M. MAMO | § | |
| | § | |
| Defendant | § | |
| | § | 240th JUDICIAL DISTRICT |

<u>DEFENDANT NOTICE OF APPEAL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant **HALIMA M. MAMO, A/K/A OHALIMA M. MAMO** files this Notice of Appeal with respect to that certain judgment for summary judgment signed on January 14, 2015 by this COURT.

## I. INTRODUCTION

1. In First Colony Community Association, Inc. v. Halima M. Mamo aka Ohalima M. Mamo, in the 240th District Court of Ft. Bend County, Texas, Cause No. 09-DCV-171891 the court signed a final summary judgment motion on January 14, 2015 and issued by the Court on January 15, 2015.

2. The Defendant Halima M. Mamo aka Ohalima M. Mamo, desires to appeal said judgment order and hereby submits this Notice of Appeal and there are no other defendants in this case..

3. The appeal will be to either the First or Fourteenth Court of Appeals.

4. The Defendant has not filed any post judgment motions with the Court. that date.

5. This Notice being filed on February 16, 2015.

ATTORNEY FOR DEFENDANT

_Barney L. Stagner, Jr., Esquire_
_____

Barney L. Stagner, Jr.
STAGNER LAW FIRM
State Bar No. 24033096
2019 Stebbins
Houston, Texas 77043
Telephone: 713-898-4610
Email: stagnerlaw@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been

forwarded on February 16, 2015, via efiling and email to all counsel of record.


ROBERTS MARKEL WIENBERG BUTLER AND HAILEY PC
Karren Maxwell
2000 Post Oak Blvd.
Suite 5777
Houston, Texas
Tel. (713) 780-4135
Email: kmaxwell@rmwbhlaw.com